# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF LOUISIANA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> NANCY LANDRY, et al., <br><br> DEFENDANTS. | Civil Action No. 3:25-cv-413 <br><br> Judge: JWD - SDJ |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS

Defendants Nancy Landry, David Matlock, Michael Harrington,[1] Cade Brumley, Susana Schowen, and Misti Cordell respectfully move to stay all proceedings for 60 days for the reasons stated in their attached Memorandum of Law.

---

[1] Secretary Harrington retired in March 2025. The new Secretary of the Louisiana Department of Health is Bruce D. Greenstein.

| | |
|---|---|
| Dated: July 24, 2025 | Respectfully submitted, |
| | |
| | ELIZABETH B. MURRILL<br>Attorney General |
| | |
| /s/ Samuel W. Plauché IV | /s/ Zachary Faircloth |
| SAMUEL W. PLAUCHÉ IV (La #20444)<br>MEGAN TERRELL (La #29433)<br>HARRY VORHOFF (La #35365)<br>PLAUCHÉ & CARR<br>1110 River Rd S. Suite 200<br>Baton Rouge, LA 70802<br>Telephone: (225) 256-4028<br>Facsimile: (206) 588-4255<br>Billy@plauchecarr.com<br>Megan@plauchecarr.com<br>Harry@plauchecarr.com<br><br>*Counsel for Defendant Nancy Landry* | ZACHARY FAIRCLOTH (La #39875)<br>　Principal Deputy Solicitor General<br>KELSEY L. SMITH*<br>　Deputy Solicitor General<br>OFFICE OF THE LOUISIANA ATTORNEY GENERAL<br>1885 North Third Street<br>Baton Rouge, LA 70802<br>Telephone: (225) 421-4088<br>Facsimile: (225) 326-6795<br>FairclothZ@ag.louisiana.gov<br>SmithKel@ag.louisiana.gov<br><br>*Counsel for Defendants*<br><br>* admitted *pro hac vice* |