# EXHIBIT 1

Jan. 30, 2025 Letter from Jennifer Bollinger, Executive Counsel, to Brianna Schletz, Executive Director EAC

## SECRETARY OF STATE



**NANCY LANDRY**
SECRETARY OF STATE



P.O. BOX 94125
BATON ROUGE, LA 70804-9125

January 30, 2025

Ms. Brianna Schletz
Executive Director
U.S. Election Assistance Commission
633 3rd St. NW, Suite 200
Washington, DC 20001

Re:   Notice of Changes to Voter Eligibility Requirements and Request for Modification to Louisiana-Specific Instructions on the National Mail Voter Registration Application Form

Dear Ms. Schletz,

      On behalf of the State of Louisiana and the chief election official, I am writing to inform the Election Assistance Commission ("EAC") that there are changes to certain state voter eligibility requirements or other information required by the State to process voter registration applications. More specifically, Act 500 of the 2024 Regular Session of the Louisiana Legislature ("Act 500") amended LA. R.S. 18:104(D)(2) to require that each applicant submitting a voter registration application include with his application proof of United States citizenship. The effective date of these changes was January 1, 2025; therefore, this notice is submitted to you within 30 days of such change and is timely.

      Because Act 500 requires voter registration applicants in Louisiana include with their application proof of United States citizenship, I am writing to request that the EAC revise the state-specific instructions for Louisiana in the National Voter Registration Mail Application Form (the "Federal Form"). The Federal Form needs to be altered to include information the State of Louisiana has deemed necessary to enable state election officials to assess the eligibility of voter registration applicants, administer voter registration and other parts of the election process, and comply with state law. For additional context and explanation of these proposed revisions, I have included two declarations to this correspondence.

      In addition to amending the state-specific instructions in the Federal Form, the Louisiana Voter Registration Application will need to be amended to include the changes requested herein. It is not feasible for Louisiana to maintain a dual voter registration system. As a result, it will be more efficient to amend the State form following the approval by the EAC of these changes. Because it will take us approximately six months to implement revisions to the State form, we are requesting an effective date of January 15, 2026, for the requested revisions, and a decision from the EAC no later than July 1, 2025, if feasible.

**State Specific Instructions**

Louisiana requests the following revisions, identified as Option 1(A), to the state-specific instructions in order to comply with Act 500 and the National Voter Registration Act ("NVRA"). I am also including an alternative revision, identified as Option 1(B), which is the same as Option 1(A) except that the place of birth and unique immigration identifier would be attached as a separate document instead of being written in box 6. I am including Option 1(B) for consideration only in the event that it is determined that box 6, in its current or revised format, cannot accommodate an applicant's ID number, place of birth, and unique immigration identifier, where applicable.

In addition to the changes required to comply with Act 500, Louisiana is also requesting certain stylistic revisions to the instructions to improve readability for the applicant by ensuring consistency in the use of "you" and "your" when referring to the applicant.

- **Option 1(A).** Revise the current Louisiana-specific instruction number 6 as follows (deletions shown as strikethrough and new text shown as underlined):

   "6.ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If ~~the applicant~~ you do not have ~~has neither~~ a Louisiana driver's license, a Louisiana special identification card, or a social security number, ~~the applicant shall~~ you must attach one of the following items to ~~his~~ your application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your ~~the~~ name and address ~~of applicant~~. In addition to the above information, you shall also provide in box 6 your place of birth (State/Province, Country) and, if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number); Form I-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/I-797 Receipt Number). Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405)."

- **Option 1(B).** Revise the current Louisiana-specific instruction number 6 as follows (deletions shown as strikethrough and new text shown as underlined):

2

Case 3:25-cv-00413-JWD-SDJ   Document 46-3   07/24/25   Page 4 of 4

"6. ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If ~~the applicant has~~ you do not have ~~neither~~ a Louisiana driver's license, a Louisiana special identification card, or a social security number, ~~the applicant shall~~ you must attach one of the following items to ~~his~~ your application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your ~~the~~ name and address ~~of applicant~~. In addition to the above information, you must also attach a separate document that legibly states your place of birth (State/Province, Country) and, if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number); Form I-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/I-797 Receipt Number). Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405)."

Because this information is necessary to enable state election officials to verify the eligibility of an applicant, your prompt consideration of this request is appreciated. Please contact me if you have any questions.

Sincerely,

*Jennifer Bollinger*

Jennifer Bollinger
Executive Counsel

3