UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF LOUISIANA; LEAGUE OF WOMEN VOTERS OF LOUISIANA EDUCATION FUND; VOICE OF THE EXPERIENCED; NAACP LOUISIANA STATE CONFERENCE; and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, *in her official capacity as Secretary of State for Louisiana*; DAVID N. MATLOCK, *in his official capacity as Secretary of the Department of Children & Family Services*; BRUCE D. GREENSTEIN, *in his official capacity as Secretary of the Department of Health*, DR. CADE BRUMLEY, *in his official capacity as Superintendent of Education for the Department of Education*; SUSANA SCHOWEN, *in her official capacity as Secretary of the Workforce Commission*; and MISTI S. CORDELL, *in her official capacity as Chairwoman of the Board of Regents*,<br><br>*Defendants*. | Civil Action No. 25-413-JWD-SDJ |

**NOTICE OF SUBSTITUTION**

Plaintiffs, by and through undersigned counsel, hereby notify the Court that Michael Harrington no longer holds the office of Secretary of the Louisiana Department of Health and that Bruce D. Greenstein, as the successor in office and current Secretary of the Louisiana Department of Health, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, is automatically substituted as a party in the above-captioned matter.

Respectfully submitted this 13th day of August, 2025.

/s/ Valencia Richardson
Valencia Richardson (LSBA # 39312)
Danielle Lang*
Alice Huling*
Anna Baldwin*
Alexandra Copper*
Heather Szilagyi*
Marisa Wright*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
vrichardson@campaignlegalcenter.org
dlang@campaignlegalcenter.org
ahuling@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
acopper@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
mwright@campaignlegalcenter.org

/s/ Ahmed Soussi
Ahmed K. Soussi (LSBA # 38414)
Rose Murray (LSBA # 34690)
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Tel: (334) 213-8303
ahmed.soussi@splcenter.org
rose.murray@splcenter.org

/s/ Bradley E. Heard
Bradley E. Heard*
Sabrina Khan*
SOUTHERN POVERTY LAW CENTER
101 17th Street NW, Suite 550
Washington, DC 20036
bradley.heard@splcenter.org
sabrina.khan@splcenter.org

/s/ Robert Weiner
Robert Weiner*
David Rollins-Boyd*
Javon Davis*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20009
Tel: (202) 662-8600
rweiner@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
jdavis@lawyerscommittee.org

*Admitted Pro Hac Vice

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, August 13, 2025 I electronically filed the foregoing Notice with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record who are registered with the Court's CM/ECF system.

/s/ *Valencia Richardson*
Valencia Richardson

*Counsel for Plaintiffs*
