**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

LEAGUE OF WOMEN VOTERS OF
LOUISIANA; LEAGUE OF WOMEN
VOTERS OF LOUISIANA EDUCATION
FUND; VOICE OF THE EXPERIENCED;
NAACP LOUISIANA STATE
CONFERENCE; and POWER COALITION
FOR EQUITY AND JUSTICE,

          *Plaintiffs,*

      v.

NANCY LANDRY, *in her official capacity as
Secretary of State for Louisiana*; DAVID N.
MATLOCK, *in his official capacity as
Secretary of the Department of Children &
Family Services*; BRUCE D. GREENSTEIN,
*in his official capacity as Secretary of the
Department of Health*, DR. CADE
BRUMLEY, *in his official capacity as
Superintendent of Education for the
Department of Education*; SUSANA
SCHOWEN, *in her official capacity as
Secretary of Louisiana Works*; MISTI S.
CORDELL, *in her official capacity as
Chairwoman of the Board of Regents;* and
CHARLENE MEAUX MENARD, *in her
official capacity as the Lafayette Parish
Registrar of Voters*

          *Defendants.*

Civil Action No. 3:25-413-JWD-SDJ

NATIONAL COUNCIL OF JEWISH
WOMEN, GREATER NEW ORLEANS
CHAPTER,

*Plaintiff*,


v.                                                      Civil Action No. 25-676-JWD-EWD


NANCY LANDRY, *in her official capacity
as Secretary of State for Louisiana*; and
CHARLENE MEUAX-MENARD, *Lafayette
Parish Registrar of Voters*,

*Defendants*.


## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's January 15, 2026 Consolidation Order, ECF No. 74, Plaintiffs League of Women Voters of Louisiana and League of Women Voters of Louisiana Education Fund (together, "LWVLA" or "the League"), Voice of the Experienced ("VOTE"), National Association for the Advancement of Colored People Louisiana State Conference ("Louisiana NAACP"), and Power Coalition for Equity and Justice ("Power Coalition," or "PCEJ") (collectively, "League Plaintiffs"); Plaintiff National Council for Jewish Women – New Orleans Chapter, ("NCJW"); and Defendants Nancy Landry, David N. Matlock, Bruce D. Greenstein, Dr. Cade Brumley, Susana Schowen, Misti S. Cordell, Charlene Meaux Menard stipulate to and respectfully request entry of an order approving the following schedule:


## I. PROPOSED SCHEDULING ORDER

1.    If the parties propose an alternative timeframe for exchanging initial disclosures, please provide that proposed deadline:

1

Consolidated Plaintiffs: Plaintiffs request that this Court Order Initial Disclosures within 7 days of entry of this Order.

Defendants: 21 days after the Court's resolution of Defendants' forthcoming motion to dismiss. Defendants' submission of a proposed scheduling order consistent with the Court's order shall not constitute a waiver of sovereign immunity.

2.    Recommended deadlines to join other parties or to amend the pleadings:

Consolidated Plaintiffs' proposed deadline:  Passed.

Defendants' proposed deadline:        Passed.

3.    Filing all discovery motions and completing all discovery except experts:

Consolidated Plaintiffs' proposed deadline:        August 7, 2026

Defendants' proposed deadline:        August 7, 2026

4.    Disclosure of identities and resumés of expert witnesses and exchange of expert reports (if appropriate, you may suggest different dates for disclosure of experts in different subject matters):

Consolidated Plaintiffs' proposed deadline:  August 28, 2026

Defendants' proposed deadline:        August 28, 2026

5.    Completion of discovery from experts:

Consolidated Plaintiffs' proposed deadline:  September 18, 2026

Defendants' proposed deadline:        September 18, 2026

6.    Filing dispositive motions and Daubert motions:

Consolidated Plaintiffs' proposed deadline:  December 18, 2026

Defendants' proposed deadline:        December 18, 2026

7.     All remaining deadlines and the pre-trial conference and trial date will be included in the initial scheduling order.  The deadlines will be determined based on the presiding judge's schedule, within the following general parameters.[1]  The parties should not provide any proposed dates for these remaining deadlines.

a.     Deadline to file pre-trial order[2] (approximately 16 weeks after dispositive motion deadline).

b.     Deadline to file motions in limine (approximately 20-22 weeks after dispositive motion deadline).

c.     Deadline to file an affidavit of settlement efforts (approximately 22-24 weeks after dispositive motion deadline).

d.     Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge (approximately 25-27 weeks after dispositive motion deadline).

e.     Pre-trial conference date (approximately 18-20 weeks after dispositive motion deadline).

f.     Trial date (approximately 27-29 weeks after dispositive motion deadline).

## II.     TRIAL

1.     Has a demand for trial by jury been made?

[ ] YES    [X] NO

2.     Estimate the number of days that trial will require.

Plaintiffs anticipate that they will need 40 hours to present their case.

Defendants anticipate that they will need 40 hours to present their case.

---

3

Respectfully submitted this 20th day of February, 2026.

*/s/ Valencia Richardson*
Valencia Richardson (LSBA # 39312)
Danielle Lang*
Alice Huling*
Anna Baldwin*
Alexandra Copper*
Heather Szilagyi*
Marisa Wright*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
vrichardson@campaignlegalcenter.org
dlang@campaignlegalcenter.org
ahuling@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
acopper@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
mwright@campaignlegalcenter.org


*Counsel for League Plaintiffs*

*Admitted Pro Hac Vice

*/s/ Ahmed Soussi*
Ahmed K. Soussi (LSBA # 38414)
Rose Murray (LSBA # 34690)
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Tel: (334) 213-8303
ahmed.soussi@splcenter.org
rose.murray@splcenter.org


*/s/ Bradley E. Heard*
Bradley E. Heard*
Sabrina Khan*
SOUTHERN POVERTY LAW CENTER
101 17th Street NW, Suite 550
Washington, DC 20036
bradley.heard@splcenter.org
sabrina.khan@splcenter.org


*/s/ Robert Weiner*
Robert Weiner*
Jennifer Nwachukwu*
David Rollins-Boyd*
Javon Davis*
Catherine Meza**
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20009
Tel: (202) 662-8600
rweiner@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
jdavis@lawyerscommittee.org
cmeza@lawywerscommittee.org

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
**MOST & ASSOCIATES**
201 Saint Charles Ave., Ste. 114 #101
New Orleans, LA 70170

4

williammost@gmail.com
Tel: (504) 509-5023


*/s/ David R. Fox*
David R. Fox*
Katie Chamblee-Ryan*
Qizhou Ge*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20002
dfox@elias.law
kchambleeryan@elias.law
age@elias.law
jpinchak@elias.law
Tel: (202) 968-4490

*Attorneys for Plaintiff*
*National Council of Jewish Women, Greater*
*New Orleans Chapter*


*Admitted *Pro Hac Vice*
**Pro Hac Vice* Motion Pending


ELIZABETH B. MURRILL
Attorney General


 */s/ Samuel W. Plauché IV*              */s/ Zachary Faircloth*
SAMUEL W. PLAUCHE IV (La #20444)     ZACHARY FAIRCLOTH (La #39875)
MEGAN TERRELL (La #29433)             Principal Deputy Solicitor General
HARRY VORHOFF (La #35365)            KELSEY L. SMITH*
PLAUCHE & CARR                        Deputy Solicitor General
1110 River Rd S. Suite 200           OFFICE OF THE LOUISIANA ATTORNEY GENERAL
Baton Rouge, LA 70802                1885 North Third Street
Telephone:  (225) 256-4028           Baton Rouge, LA 70802
Facsimile:  (206) 588-4255           Telephone:  (225) 421-4088
Billy@plauchecarr.com                Facsimile:   (225) 326-6795
Megan@plauchecarr.com                FairclothZ@ag.louisiana.gov
Harry@plauchecarr.com                SmithKel@ag.louisiana.gov

*Counsel for Defendant Nancy Landry*   *Counsel for Defendants*

                                      * admitted pro hac vice


5

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, February 20, 2026 I electronically filed the foregoing

document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice

of electronic filing to counsel of record who are registered with the Court's CM/ECF system.


/s/ *Valencia Richardson*
Valencia Richardson


*Counsel for Plaintiffs*