**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF LOUISIANA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> NANCY LANDRY, et al., <br><br> DEFENDANTS. | Civil Action No. 3:25-cv-413 <br> c/w <br> Civil Action No. 3:25-cv-676 <br><br> Judge: JWD - SDJ |

## NOTICE

Defendants respectfully inform the Court that, on April 14, 2026, the State of Louisiana and Secretary Landry filed suit against the EAC regarding its January 16, 2026, decision. *See State of Louisiana v. U.S. Election Assistance Comm'n*, No. 3:26-cv-01191 (W.D. La.)

Dated: April 15, 2026

Respectfully submitted,
ELIZABETH B. MURRILL
Attorney General

/s/ Samuel W. Plauché IV

SAMUEL W. PLAUCHÉ IV (La #20444)
MEGAN TERRELL (La #29433)
HARRY VORHOFF (La #35365)
PLAUCHÉ & CARR
1110 River Rd S. Suite 200
Baton Rouge, LA 70802
Telephone:  (225) 256-4028
Facsimile:   (206) 588-4255
Billy@plauchecarr.com
Megan@plauchecarr.com
Harry@plauchecarr.com

*Counsel for Defendant Nancy Landry*

/s/ Zachary Faircloth

ZACHARY FAIRCLOTH (La #39875)
  Principal Deputy Solicitor General
KELSEY L. SMITH*
  Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone:  (225) 421-4088
Facsimile:   (225) 326-6795
FairclothZ@ag.louisiana.gov
SmithKel@ag.louisiana.gov

*Counsel for Defendants*

*\* admitted pro hac vice*

1