**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF LOUISIANA, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>NANCY LANDRY, et al.,<br><br>DEFENDANTS. | Civil Action No. 3:25-cv-413<br>c/w<br>Civil Action No. 3:25-cv-676<br><br>Judge: JWD - SDJ |

**NOTICE**

Pursuant to Federal Rules of Appellate Procedure 3(a), Defendant Nancy Landry hereby appeals to the United States Court of Appeals for the Fifth Circuit this Court's September 29, 2026, Ruling and Order (ECF 117) and September 30, 2026, Ruling and Order (ECF 118) on Defendant's Motion to Dismiss (ECF 86).

Dated: October 21, 2026

Respectfully submitted,
ELIZABETH B. MURRILL
Attorney General

*/s/ Samuel W. Plauché IV*
SAMUEL W. PLAUCHÉ IV (La #20444)
MEGAN TERRELL (La #29433)
HARRY VORHOFF (La #35365)
PLAUCHÉ & CARR
1110 River Rd S. Suite 200
Baton Rouge, LA 70802
Telephone: (225) 256-4028
Facsimile: (206) 588-4255
Billy@plauchecarr.com
Megan@plauchecarr.com
Harry@plauchecarr.com

*Counsel for Defendant Nancy Landry*

*/s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
Principal Deputy Solicitor General
KELSEY L. SMITH*
Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 421-4088
Facsimile: (225) 326-6795
FairclothZ@ag.louisiana.gov
SmithKel@ag.louisiana.gov

*Counsel for Defendants*

* *admitted pro hac vice*